AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Tara Hindelang | Telephone: | (313) 226-9100 |
| Task Force Officer: | Terry Cross-Nelson | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Sean Raymond Frazier

Case No.

Case: 2:25−mj−30679
Assigned To : Unassigned
Assign. Date : 11/4/2025
Description: RE: SEAN RAYMOND FRAZIER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Terry Cross-Nelson, Task Force Officer (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 4, 2025

City and state: Detroit, Michigan

_____
Judge's signature

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer/Detective Terry Cross-Nelson, being duly sworn, depose and state as follows:

### Introduction and Background

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I am also a Detective with the Detroit Police Department (DPD), serving since November 2002. I was promoted to the rank of Detective in August 2014, and I am currently assigned to the Firearms Investigative Team (FIT), a specialized unit formed in collaboration with the ATF. The mission of FIT is to identify, investigate, and refer for prosecution armed violent offenders in Detroit as part of the Project Safe Neighborhood (PSN) initiative.

2. I have participated in numerous firearm-related investigations involving the recovery of stolen firearms, conversion devices, and felon-in-possession cases. I have also assisted in drafting and executing federal search and arrest warrants and have consulted with ATF Interstate Nexus experts regarding the origin and manufacture of firearms recovered during investigations. The statements contained in this affidavit are based on my experience and background as TFO and on information provided by police officers, ATF agents, and other law enforcement

personnel, as well as communications with others who have personal knowledge of the events and circumstances described herein.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Sean Raymond FRAZIER, date of birth xx/xx/1993, for violations of federal law, including felon in possession of a firearm/ammunition and possession of a stolen firearm, in violation of 18 U.S.C. §§ 922(g)(1) and (j), respectively.

## Probable Cause

5. On November 2, 2025, at approximately 8:00 p.m., Detroit Police Officers assigned to the Eleventh Precinct Special Operations Unit were on routine patrol around E. 7 Mile Road and Klinger Street. The Officers were dressed in full Class "C" uniforms and operating a semi-marked scout vehicle.

6. While patrolling, the Officers stopped at a store located on E. 7 Mile Road, Detroit, in the Eastern District of Michigan. On approaching the business, one of the officers observed a male subject, later identified as FRAZIER, exiting the location. FRAZIER made eye contact with the approaching scout car, immediately turned around, and re-entered the store, behavior consistent with an individual attempting to avoid police contact.

*FRAZIER Carried a Concealed Weapon as a Previously Convicted Felon*

7. The Officers entered the store and observed FRAZIER standing near the first aisle. As they approached, one officer noticed a distinct bulge consistent with the outline of a firearm protruding from the right pocket of FRAZIER's jogging pants. Based on his training and experience, the officer recognized the shape and weight distribution as consistent with a concealed handgun.

8. The Officers approached FRAZIER and asked if he possessed a valid Concealed Pistol License (CPL). FRAZIER stated that he did. The Officers then requested to temporarily secure the firearm for officer safety while FRAZIER retrieved his CPL documentation. FRAZIER verbally consented to this request.

9. The Officers recovered a black Springfield Armory XD-E 9mm semiautomatic handgun bearing, loaded with a magazine containing multiple live rounds of ammunition. There was no round in the chamber.

10. Meanwhile, FRAZIER continued to "search" for his CPL identification but could not produce a card. Stating: "Damn!" FRAZIER, acting frustrated, then started to reach into his jacket pocket. One officer reached for FRAZIER's wrist and asked if he had his CPL on him. FRAZIER persisted and answered "yeah." The officer informed FRAZIER that they would run his name. The Officers detained FRAZIER and escorted him outside to the patrol vehicle to conduct a Law

Enforcement Information Network (LEIN) inquiry, explaining that it was an offense to not have his CPL on him.

11. The Officers attempted to place FRAZIER in their scout car, but FRAZIER pulled away saying "Not tonight, bro!" The officer held FRAZIER and prevented him from running. After a slight back-and-forth, FRAZIER was placed in the scout car.

12. The LEIN query revealed that FRAZIER did not, in fact, possess a valid CPL and instead was a previously convicted felon, listed as being on federal supervised release for a prior conviction of Felon in Possession of a Firearm (18 U.S.C. § 922(g)(1)) in the United States District Court for the Eastern District of Michigan.

13. The Officers further checked the serial number of the recovered firearm through LEIN. The firearm was confirmed to be stolen out of Toledo, Ohio, reported by the Toledo Police Department on December 30, 2021.

14. The Officers advised FRAZIER of his arrest and transported to the Detroit Detention Center (DDC) without incident. The firearm was logged as evidence and submitted for safekeeping and forensic processing.

*Interstate Nexus*

15. On November 3, 2025, I contacted ATF Special Agent Kara Klupacs, an Interstate Nexus expert, and provided a detailed description of the recovered

Springfield Armory XD-E, 9mm semiautomatic pistol. SA Klupacs advised that the Springfield firearm was manufactured outside the State of Michigan, and therefore the firearm necessarily traveled in and affected interstate commerce prior to its recovery in Detroit.

*FRAZIER'S Criminal History*

16. A review of Michigan LEIN and FBI/NLETS criminal history records shows that FRAZIER has multiple prior felony convictions in the Third Judicial Circuit Court for Wayne County, Michigan, all dating to August 24, 2010, and for which he received sentences in the Michigan Department of Corrections, including:

- Armed Robbery – sentenced to 9 to 20 years
- Carjacking – sentenced to 9 to 20 years
- Felony Firearm – sentenced to 2 years
- Receiving and Concealing a Stolen Motor Vehicle – sentenced to 2 to 5 years

17. Federal records further confirm that on February 1, 2024, FRAZIER was convicted in the United States District Court for the Eastern District of Michigan for Felon in Possession of a Firearm (18 U.S.C. § 922(g)(1)). FRAZIER was sentenced to time served with three years of supervised release, which remains active until September 17, 2027, under U.S. Probation supervision in Detroit.

5

## **Conclusion**

18. Based upon the above facts, and my training and experience, there is probable cause to believe that on November 2, 2025, within the Eastern District of Michigan, Sean Raymond FRAZIER, a convicted felon and active federal supervisee, knowingly possessed a firearm that had previously traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1), and that said firearm was stolen, in violation of 18 U.S.C. § 922(j).

Respectfully submitted,

_____
Terry Cross-Nelson
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
  and Explosives

Sworn to before me in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

November 4, 2025